PEOPLE, Respondent, v. MACE, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Proceeding by the People of the State of New York .against Abram L. Mace. No opinion. Judgment of conviction affirmed.